UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00144-SEB-DLP |
| | ) | |
| JOSHUA M. LIDDELL, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation that

Joshua M. Liddell's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders the

conditions of supervised release as outlined in the Report and Recommendation along with the

additional condition:

19. You shall reside in a residential reentry center for a term of 120 days. You shall abide by

the rules and regulations of the facility.

**SO ORDERED.**

Date:   11/13/2020

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service